James T. McDermott
jmcdermott@balljanik.com
**OSB No. 933594**
**Gabriel M. Weaver**
gweaver@balljanik.com
**OSB No. 125970**
BALL JANIK LLP
101 SW Main Street, Suite 100
Portland, OR 97204-3219
(503) 228-2525
(503) 226-3910 fax

Attorney for Third-Party Defendant Marsh

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## DEPARTMENT OF EUGENE

| | |
|---|---|
| **UNIVERSITY OF OREGON,**<br><br>Plaintiff,<br><br>v.<br><br>**MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation**<br><br>Defendants | Case No. 6:15-CV00260-AA<br><br>**DECLARATION OF GABRIEL M. WEAVER IN SUPPORT OF THIRD PARTY DEFENDANT MARSH'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT** |
| **MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation**<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>**MARSH U.S. CONSUMER a service of SEABURY & SMITH, INC., a Delaware Corporation**<br><br>Third-Party Defendant. | |

Page 1 –DECLARATION OF GABRIEL WEAVER

I, Gabriel Weaver, hereby declare as follows:

1. I am an attorney representing third-party Marsh U.S. Consumer, a Service of Seabury & Smith, Inc. ("Marsh"). I make this Declaration based on my own personal knowledge and in support of Marsh's Unopposed Motion to Extend Time to Respond to Third-Party Complaint ("Motion to Extend Time").

2. On May 5, 2015, I filed Marsh's Motion to Extend Time. Before filing the motion, I conferred with Robert Schulhof, counsel for Third-Party Plaintiffs Monica Drummer and Arthur J. Gallagher Risk Management Services, Inc., an Illinois Corporation (collectively, "Third-Party Plaintiffs"). At the time that I filed the motion, Mr. Schulhof was not able to confirm whether or not his clients opposed the relief sought in Marsh's

3. On May 8, 2015, Mr. Schulhof and I conferred again regarding Marsh's Motion to Extend Time. At that conference, Mr. Schulhof confirmed that Third-Party Plaintiffs do not oppose the relief sought in Marsh's Motion to Extend Time, and authorized me to notify the Court that Marsh's Motion to Extend Time is unopposed.

4. I have prepared a revised Proposed Order Granting Marsh's Motion to Extend Time to reflect the fact that the Motion to Extend Time is unopposed. A true and correct Copy of Marsh's [Proposed] Order Granting Third-Party Defendant Marsh's Unopposed Motion to Extend Time to Respond to Third-Party Complaint is attached hereto as Exhibit A.

**I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Executed on May 8, 2015 in Portland, Oregon.

/s/ Gabriel M. Weaver
Gabriel M. Weaver

Page 2 –DECLARATION OF GABRIEL WEAVER

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF GABRIEL WEAVER**

by:

- [ ] U.S. POSTAL SERVICE;
- [x] CM/ECF;
- [ ] FACSIMILE SERVICE;
- [ ] ELECTRONIC MAIL;
- [ ] ARRANGING FOR HAND DELIVERY;
- [ ] FEDERAL EXPRESS.

addressed as follows on the date stated below:

Joshua P. Stump
Harrang Long Gary Rudnick, PC
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204

Attorneys for Plaintiff

John E. Zehnder
Scheer & Zehnder LLP
701 Pike Street, Suite 2200
Seattle, WA 98101

Robert P. Schulhof
Scheer & Zehnder LLP
101 SW Main Street, Suite 1600
Portland, OR 97204

Attorneys for Defendants and Third-Party Plaintiffs

DATED: May 8, 2015.

/s/ Gabriel M. Weaver
GABRIEL M. WEAVER, OSB # 125970
Ball Janik LLP
Telephone:   503-228-2525
Attorneys for Third-Party Defendant Marsh

Page 1 -  **CERTIFICATE OF SERVICE** Error! Reference source not found.