**C. Robert Steringer, OSB #983514**
**bob.steringer@harrang.com**
HARRANG LONG GARY RUDNICK P.C.
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204
Telephone:   503-242-0000
Facsimile:   503-241-1458

Of Attorneys for Plaintiff University of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNIVERSITY OF OREGON,** | Case No. 6:15-cv-00260-AA |
| Plaintiff, | |
| vs. | |
| **MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation,** | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Defendants. | |
| **MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation,** | |
| Third-Party Plaintiffs, | |
| vs. | |
| **MARSH U.S. CONSUMER a service of SEABURY & SMITH, INC., a Delaware corporation**, | |
| Third-Party Defendant. | |

**Page 1 –      NOTICE OF SUBSTITUTION OF COUNSEL**

NOTICE IS HEREBY GIVEN that C. Robert Steringer, OSB #983514, of

HARRANG LONG GARY RUDNICK P.C., 1001 SW Fifth Avenue, 16th Floor, Portland,

Oregon 97204, (503) 242-0000, has been substituted as counsel for Plaintiff University of

Oregon, in place of Joshua P. Stump, OSB #974075.

Please direct all future correspondence, notices, pleadings, and other

communications to the substituted counsel as follows:

C. Robert Steringer
bob.steringer@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1001 SW Fifth Avenue, 16th Floor
Portland, OR  97204
Telephone:  (503) 242-0000
Facsimile:   (503) 241-1458

DATED this 28th day of May, 2015

HARRANG LONG GARY RUDNICK P.C.


By: __s/ C. Robert Steringer_____
     C. Robert Steringer, OSB #983514
     bob.steringer@harrang.com
     Telephone:  (503) 242-0000

     Of Attorneys for Plaintiff University of
     Oregon

**Page 2 –       NOTICE OF SUBSTITUTION OF COUNSEL**

## CERTIFICATE OF SERVICE

I certify that on May 28, 2015, I served or caused to be served a true and complete copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** on the party or parties listed below as follows:

☑    Via CM / ECF Filing

☐    Via First Class Mail, Postage Prepaid

☐    Via Email

☐    Via Personal Delivery

John E. Zehnder, OSB #054979
jzehnder@scheerlaw.com
Robert P. Schulhof, Jr., OSB #000018
rschulhof@scheerlaw.com
SCHEER & ZEHNDER LLP
101 SW Main Street, Suite 1600
Portland, OR  97204

Of Attorneys for Defendants and Third-Party Plaintiffs

James T. McDermott, OSB #933594
jmcdermott@balljanik.com
Gabriel M. Weaver, OSB #125970
gweaver@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 100
Portland, OR  97204

Of Attorneys for Third-Party Defendant

HARRANG LONG GARY RUDNICK P.C.

By:  s/ C. Robert Steringer
    C. Robert Steringer, OSB #983514
    bob.steringer@harrang.com
    Telephone:  (503) 242-0000

    Of Attorneys for Plaintiff University of Oregon

P0525468.v1

**Page 3 –    CERTICATE OF SERVICE**