C. Robert Steringer, OSB #983514
bob.steringer@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204
Telephone:   503-242-0000
Facsimile:    503-241-1458

Of Attorneys for Plaintiff University of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNIVERSITY OF OREGON,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation,**<br><br>        Defendants. | Case No. 6:15-cv-00260-AA<br><br>**DECLARATION OF C. ROBERT STERINGER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINES** |
| **MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation,**<br><br>        Third-Party Plaintiffs,<br><br>    vs.<br><br>**MARSH U.S. CONSUMER a service of SEABURY & SMITH, INC., a Delaware corporation**,<br><br>        Third-Party Defendant. | |

**Page 1 –DECLARATION OF C. ROBERT STERINGER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINES**

I, C. Robert Steringer, hereby declare that the following statement is true to the best of my knowledge and belief, that I am competent to testify to the matters stated herein, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

1. I am an attorney with Harrang Long Gary Rudnick, P.C., counsel for plaintiff, and I make this declaration in support of Plaintiff's Unopposed Motion to Extend Discovery and Pretrial Deadlines.

2. Plaintiff requests an order extending discovery and pretrial deadlines to September 16, 2015, because third-party practice has delayed discovery in this matter. This request is brought in good faith and is not made for the purpose of delay.

3. On June 10, 2015, counsel for each party conferred on discovery planning, ADR, and whether to consent to a magistrate in this case.

4. I conferred with all counsel and they do not oppose this Motion to Extend Discovery and Pretrial Deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this <u>17th</u> day of June, 2015

HARRANG LONG GARY RUDNICK P.C.

By:  s/ C. Robert Steringer
C. Robert Steringer, OSB #983514
bob.steringer@harrang.com
Telephone: (503) 242-0000

Of Attorneys for Plaintiff University of Oregon

**Page 2 –DECLARATION OF C. ROBERT STERINGER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINES**

## CERTIFICATE OF SERVICE

I certify that on June 17, 2015, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF C. ROBERT STERINGER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINES** on the party or parties listed below as follows:

☑    Via CM / ECF Filing
☐    Via First Class Mail, Postage Prepaid
☐    Via Email
☐    Via Personal Delivery

| | |
|---|---|
| John E. Zehnder, OSB #054979 | James T. McDermott, OSB #933594 |
| jzehnder@scheerlaw.com | jmcdermott@balljanik.com |
| Robert P. Schulhof, Jr., OSB #000018 | Gabriel M. Weaver, OSB #125970 |
| rschulhof@scheerlaw.com | gweaver@balljanik.com |
| SCHEER & ZEHNDER LLP | BALL JANIK LLP |
| 101 SW Main Street, Suite 1600 | 101 SW Main Street, Suite 100 |
| Portland, OR 97204 | Portland, OR 97204 |
| | |
| Of Attorneys for Defendants and Third-Party Plaintiffs | Of Attorneys for Third-Party Defendant |

HARRANG LONG GARY RUDNICK P.C.

By: s/ C. Robert Steringer
 C. Robert Steringer, OSB #983514
 bob.steringer@harrang.com
 Telephone: (503) 242-0000

 Of Attorneys for Plaintiff University of Oregon

P0544537.v1

Page 3 –    CERTICATE OF SERVICE