**James T. McDermott**
jmcdermott@balljanik.com
**OSB No. 933594**
**Gabriel M. Weaver**
gweaver@balljanik.com
**OSB No. 125970**
BALL JANIK LLP
101 SW Main Street, Suite 100
Portland, OR 97204-3219
(503) 228-2525
(503) 226-3910 fax

Attorneys for Third-Party Defendant Marsh

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## DEPARTMENT OF EUGENE

| | |
|---|---|
| **UNIVERSITY OF OREGON,**<br><br>Plaintiff,<br><br>v.<br><br>**MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.,** an Illinois Corporation,<br><br>Defendants<br><br>**MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.,** an Illinois Corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>**MARSH U.S. CONSUMER a service of SEABURY & SMITH, INC.,** a Delaware Corporation,<br><br>Third-Party Defendant. | Case No. 6:15-CV00260-AA<br><br>**DECLARATION OF GABRIEL WEAVER IN SUPPORT OF THIRD-PARTY DEFENDANT MARSH'S MOTION TO DISMISS THIRD-PARTY COMPLAINT FOR FAILURE TO STATE A CLAIM AND MEMORANDUM OF LAW IN SUPPORT**<br><br>**Request for Oral Argument** |

I, Gabriel M. Weaver, hereby declare and state as follows:

1.  I am an attorney at Ball Janik LLP, and am one of the attorneys representing third-party defendant Marsh U.S. Consumer, a service of Seabury & Smith, Inc. ("Marsh") with respect to this matter. I am over the age of 18 years and am competent to testify to the matters stated herein. I make this declaration based upon personal knowledge and upon review of the documents prepared by myself and other attorneys in this office.

2.  I make this declaration in support of Marsh's Motion to Dismiss the Third-Party Complaint pursuant to FRCP 12(b)(6).

3.  Attached hereto as **Exhibit A** is a true and correct of a sub-broker agreement between Marsh and Third-Party Plaintiff Arthur J. Gallagher Risk Management Services, Inc., dated September 6, 2012. I received this document by email from Robert Schulhof, counsel for Third-Party Plaintiffs, on April 16, 2015.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: June 22, 2015, in Portland, OR.


**BALL JANIK LLP**


By: /s/ Gabriel M. Weaver
Gabriel M. Weaver, OSB No. 125970


Page 1 –    DECLARATION OF GABRIEL WEAVER

Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503.228.2525

Case 6:15-cv-00260-AA    Document 25    Filed 06/22/15    Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **THIRD-PARTY DEFENDANT MARSH'S MOTION TO DISMISS THIRD-PARTY COMPLAINT FOR FAILURE TO STATE A CLAIM AND MEMORANDUM OF LAW IN SUPPORT** by:

- [ ] U.S. POSTAL SERVICE;
- [x] CM/ECF;
- [ ] FACSIMILE SERVICE;
- [ ] ELECTRONIC MAIL;
- [ ] ARRANGING FOR HAND DELIVERY;
- [ ] FEDERAL EXPRESS.

addressed as follows on the date stated below:

Bob Steringer
Harrang Long Gary Rudnick, PC
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204
    Attorneys for Plaintiff

John E. Zehnder
Scheer & Zehnder LLP
701 Pike Street, Suite 2200
Seattle, WA 98101

Robert P. Schulhof
Scheer & Zehnder LLP
101 SW Main Street, Suite 1600
Portland, OR 97204
    Attorneys for Defendants Monica Drummer, and Arthur J. Gallagher Risk Management Services, Inc.

DATED: May 22, 2015.

    */s/ Gabriel M. Weaver*
    Gabriel M. Weaver, OSB 125970
    Ball Janik LLP
    Telephone:    503-228-2525
        Attorneys for Third-Party Defendant Marsh

Page 2 –    DECLARATION OF GABRIEL WEAVER

Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503.228.2525