John E. Zehnder, OSB No. 054979
Robert P. Schulhof, Jr., OSB No. 000018
SCHEER & ZEHNDER LLP
101 SW Main St., Suite 1600
Portland, OR 97204
Phone: (503) 542-1200
Fax: (503) 542-5248
E-Mail: jzehnder@scheerlaw.com
       rschulhof@scheerlaw.com

Attorneys for Defendants Monica Drummer, and
Arthur J. Gallagher Risk Management Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DEPARTMENT OF EUGENE

| | |
|---|---|
| UNIVERSITY OF OREGON,<br><br>                      Plaintiff,<br><br>v.<br><br>MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation.<br><br>                      Defendants. | NO. 6:15-CV-00260-AA<br><br>DECLARATION OF ROBERT P. SCHULHOF, JR., IN SUPPORT OF MONICA DRUMMER AND ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.'S RESPONSE TO THIRD-PARTY DEFENDANT MARSH'S MOTION TO DISMISS |
| MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation.<br><br>                      Third-Party Plaintiffs,<br><br>v.<br><br>MARSH U.S. CONSUMER a service of SEABURY & SMITH, INC., a Delaware Corporation.<br><br>                      Third-party Defendant. | |

PAGE 1- DECLARATION OF ROBERT P. SCHULHOF, JR., IN SUPPORT OF MONICA DRUMMER AND ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.'S RESPONSE TO THIRD-PARTY DEFENDANT MARSH'S MOTION TO DISMISS

I, Robert P. Schulhof Jr., attorney for Defendants and Third-Party Plaintiffs Arthur J. Gallagher Risk Management Services, Inc ("AJG") and Monica Drummer ("Drummer") declare:

1. I am over the age of 18 years and am competent to testify to the matters stated herein. I make this declaration based upon personal knowledge and upon review of the documents prepared by myself and other attorneys in this office.

2. Attached hereto as **Exhibit A** is the Seconded Amended Answer and Third Party Complaint, already filed in this matter and provided here as a convenience to the Court.

I hereby declare that the above statements are true to the best of my knowledge and belief and that I understand that it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 20th day of August, 2015.

            SCHEER & ZEHNDER LLP

            By: /s/ Robert P. Schulhof, Jr.
              John E. Zehnder, OSB No. 054979
              Robert P. Schulhof Jr., OSB No. 000018
              Attorneys for Defendants Arthur J. Gallagher
              Risk Management Services, Inc.,
              and Monica Drummer.

John E. Zehnder, OSB No. 054979
Robert P. Schulhof, Jr., OSB No. 000018
SCHEER & ZEHNDER LLP
101 SW Main St., Suite 1600
Portland, OR 97204
Phone: (503) 542-1200
Fax: (503) 542-5248
E-Mail: jzehnder@scheerlaw.com
         rschulhof@scheerlaw.com
Attorneys for Defendants Gallagher Risk Management
Services, Inc., and Monica Drummer

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DEPARTMENT OF EUGENE

| | |
|---|---|
| UNIVERSITY OF OREGON,<br><br>      Plaintiff,<br><br> v.<br><br>MONICA DRUMMER and GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation.<br><br>      Defendants. | NO. 6:15-CV-00260-AA<br><br>CERTIFICATE OF SERVICE |
| MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation.<br><br>      Third-Party Plaintiffs,<br><br> v.<br><br>MARSH U.S. CONSUMER a service of SEABURY & SMITH, INC., a Delaware Corporation.<br><br>      Third-party Defendant. | |

CERTIFICATE OF SERVICE

I hereby certify that on August 20th, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**COUNSEL FOR PLAINTIFF**
Bob Steringer
Harrang Long Gary Rudnick PC
1001 SW Fifth Ave., Ste. 1600
Portland, OR 97204

**COUNSEL FOR THIRD-PARTY DEFENDANT**
Gabriel M. Weaver
Ball Janik, LLP
101 SW Main Street, Suite 1100
Portland OR 97204

Robin Westwood, Paralegal

CERTIFICATE OF SERVICE