C. Robert Steringer, OSB #983514
bob.steringer@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204
Telephone:    503-242-0000
Facsimile:    503-241-1458

Of Attorneys for Plaintiff University of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNIVERSITY OF OREGON,** | Case No. 6:15-cv-00260-AA |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| vs. | |
| **MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation,** | |
| Defendants. | |
| **MONICA DRUMMER and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., an Illinois Corporation,** | |
| Third-Party Plaintiffs, | |
| vs. | |
| **MARSH U.S. CONSUMER, a service of SEABURY & SMITH, INC., a Delaware corporation,** | |
| Third-Party Defendant. | |

Page 1 – **STIPULATED DISMISSAL WITH PREJUDICE**

The parties, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby state as follows:

On April 7, 2016, the parties reached a settlement agreement which resolved all claims in this lawsuit;

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' settlement agreement, hereby stipulate and agree to the dismissal with prejudice of all of the University's claims against AJG and Drummer, all of AJG and Drummer's claims against Marsh, and all of Marsh's claims against AJG. Each party will bear its own costs and attorney fees.

DATED this 6th day of May, 2016.

HARRANG LONG GARY RUDNICK P.C.


By:   s/ C. Robert Steringer
    C. Robert Steringer, OSB #983514
    bob.steringer@harrang.com
    Telephone: 503-242-0000

    Of Attorneys for Plaintiff University of Oregon

Page 2 – **STIPULATED DISMISSAL WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I certify that on May 6, 2016, I served or caused to be served a true and complete copy of the foregoing **STIPULATED DISMISSAL WITH PREJUDICE** on the party or parties listed below as follows:

- ☑ Via CM / ECF Filing
- ☐ Via First Class Mail, Postage Prepaid
- ☐ Via Email
- ☐ Via Personal Delivery

| | |
|---|---|
| John E. Zehnder, OSB #054979<br>jzehnder@scheerlaw.com<br>Robert P. Schulhof, Jr., OSB #000018<br>rschulhof@scheerlaw.com<br>SCHEER & ZEHNDER LLP<br>101 SW Main Street, Suite 1600<br>Portland, OR 97204<br><br>Of Attorneys for Defendants and Third-Party Plaintiffs | James T. McDermott, OSB #933594<br>jmcdermott@balljanik.com<br>Gabriel M. Weaver, OSB #125970<br>gweaver@balljanik.com<br>BALL JANIK LLP<br>101 SW Main Street, Suite 100<br>Portland, OR 97204<br><br>Of Attorneys for Third-Party Defendant<br><br>HARRANG LONG GARY RUDNICK P.C.<br><br>By: s/ C. Robert Steringer<br>   C. Robert Steringer, OSB #983514<br>   bob.steringer@harrang.com<br>   Telephone: 503-242-0000<br><br>   Of Attorneys for Plaintiff University of Oregon |

P0617011.v1

Page 3 – **STIPULATED DISMISSAL WITH PREJUDICE**